# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re Subpoena Issued to:*<br><br>THE KENNEDY CENTER,<br><br>*In the Civil Matter of:*<br><br>CITY OF PITTSBURGH COMPREHENSIVE MUNICIPAL PENSION TRUST FUND,<br><br>      v.<br><br>THE CARLYLE GROUP, INC., *et al.*<br><br>           Defendant. | Misc. No. 2025-CAB-004739<br><br>*on removal from*<br>SUPER CT DOCKET NO<br>(D.C. Super. Ct.) |

## NOTICE OF REMOVAL OF SUBPOENA MATTER

Pursuant to 28 U.S.C. § 1442(a)(1), the Kennedy Center ("Center"), by and through undersigned counsel, hereby files this Notice of Removal ("Notice"). In support of this Notice, the Agency states as follows.

1.   The Center is in receipt of a subpoena in the civil matter captioned *City of Pittsburgh Comprehensive Municipal Pension Trust Fund v. The Caryle Group*, *et al.*, No. 2025-CAB-004739 (D.C. Super. Ct.), filed in the Superior Court for the District of Columbia (the "Underlying Case").

2.   The Center received the subpoena on or about August 7, 2025. A copy of the subpoena is attached hereto as Exhibit A.

3.   The Center is part of the U.S. Government. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1). *See Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408, 415 (D.C. Cir. 1995) (removal of subpoena matters are appropriate under 28 U.S.C. § 1442); *Houston Bus. J., Inc. v. Off. of Comptroller of Currency*, 86 F.3d 1208, 1211

(D.C. Cir. 1996) (quashing state court subpoena on removal to federal court as barred by sovereign immunity).

4.    A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the subpoena described above now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

| | |
|---|---|
| Dated: August 28, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br><br>By:    */s/ Fithawi Berhane*<br>FITHAWI BERHANE<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-6653<br><br>*Attorneys for the United States of America* |